Civil Action No.     4:24-CV-00925-P

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Rural Media Group, Inc.**
was recieved by me on  **9/27/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **C T Corporation System,**, who is designated by law to accept service of process on behalf of **Rural Media Group, Inc.** at **1999 Bryan St Ste 900, Dallas, TX 75201** on **09/30/2024 at 11:18 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:  09/30/2024

*Server's signature*

**Micheal Adufe**
*Printed name and title*

**3017 St Frances Dr**
**Mansfield, TX 76063**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to C T Corporation System, with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white male contact weighing 180-200 lbs.  The name Brett bagwell**




Tracking #: **0144431827**