UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELLYSE WISSEL, ET AL.,**

  Plaintiffs,

v.                                           **No. 4:24-cv-00925-P**

**RURAL MEDIA GROUP, INC.,**

  Defendant.

## FINAL JUDGMENT

    This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's order on this same day, this case is **DISMISSED without prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

    **SO ORDERED** on this **17th day of October 2024.**

                                              MARK T. PITTMAN
                                              UNITED STATES DISTRICT JUDGE